UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No. 18-CR-3-KKC-EBA-1     At Lexington     Date February 26, 2021

USA vs Tabitha Chapman     x present   x custody   __ bond   __ OR   Age __

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | Linda Mullen | Andrew H. Trimble for Erin Roth |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant   Patrick E. O'Neill     x present   __ retained   x appointed

PROCEEDINGS:   **ALLOCUTION AND FINAL REVOCATION HEARING**

The parties appeared for final hearing on supervised release violation as noted. United States Probation Officer Robin McFarland appeared telephonically. The Court heard statements of counsel and the defendant.

The Court **HEREBY ORDERS AS FOLLOWS**:

1. The Court finds that the defendant violated the terms and conditions of her supervised release.

2. The Court ADOPTS the Recommended Disposition (DE #44) and the defendant's term of supervision is REVOKED. A separate Revocation Judgment will be entered. Defendant was orally advised of her appellate rights.

3. The defendant is remanded to custody.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies: COR, USP, USM

Initials of Deputy Clerk  gld
TIC: /16 min